**0**     **6795**

AND NOT
REISSUED